IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-00350-BR

**Henry Hallager**,

          Plaintiff,

   v.

**Higher Education Loan Authority of
the State of Missouri and Transunion,
LLC,**

          Defendants.

**Order**

This matter comes before the court on Defendant Higher Education Loan Authority of the State of Missouri's motion to vacate. D.E. 17. Defendant asks the court to vacate the notice directing Plaintiff to proceed after its failure to answer. D.E. 14. Defendant alleges that Plaintiff failed to make proper service upon it. Plaintiff has not responded to the motion but informed the Clerk's Office that he does not oppose it.

The court grants the motion (D.E. 17) and vacates the notice at docket entry 14. Defendant Higher Education Loan Authority of the State of Missouri shall file a response to the complaint on or before February 26, 2021.

Dated: February 12, 2021

_Robert T Numbers II_
_____
Robert T. Numbers, II
United States Magistrate Judge