IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-cv-00350-BR

| | |
|---|---|
| HENRY HALLAGER,<br><br>               *Plaintiff*,<br><br>v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI and TRANSUNION LLC,<br><br>               *Defendants*. | **ORDER** |

This matter is before the court on defendant Higher Education Loan Authority of the State of Missouri d/b/a MOHELA's ("MOHELA") Notice of Settlement and Motion to Stay. For good cause shown, the motion is ALLOWED. It is hereby ORDERED that all deadlines pertaining to MOHELA shall be suspended for 30 days pending the finalization of plaintiff and MOHELA's settlement agreement.

This 26 February 2021.

_____
W. Earl Britt
Senior U.S. District Judge